UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ROSELIA AGUIRRE-TORRES,<br><br>                              Defendant. | Case No.: 19cr2492 AJB<br><br>**ORDER ACCEPTING GUILTY PLEA** |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Skomal are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Information filed July 3, 2019.

IT IS SO ORDERED.

Dated: August 19, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge